# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| REGINA HENRY-MORRIS, | } | Civil Action 2:13-cv-1086 |
| Plaintiff, | } | JUDGE: FROST. |
| v. | } | |
| P&B CAPITAL GROUP, LLC, | } | |
| Defendant. | } | |

## STIPULATED DISMISSAL ENTRY

Now come the parties, by and through undersigned counsel and hereby stipulate that the within matter is settled and dismissed with prejudice.

Respectfully Submitted,

| | |
|---|---|
| KAHN & ASSOCIATES, L.L.C. | LAW OFFICE OF BOYD W. GENTRY, LLC |
| */s/ J. Daniel Scharville* | */s/ Boyd W. Gentry* (w/written permission 4/25/14) |
| J. DANIEL SCHARVILLE (0071132) | BOYD W. GENTRY (0071057) |
| 6200 Rockside Woods Blvd, Suite 215 | 2661 Commons Blvd, Suite 100 |
| Independence, Ohio 44131 | Beavercreek, Ohio 45431 |
| (216) 621-6101 | (937) 839-2881 |
| (216) 621-6006 Facsimile | (800) 839-5843 Facsimile |
| Attorney for Plaintiff | Attorney for Defendant |